UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
———————————————————————

UNITED STATES OF AMERICA,

                Plaintiff,

           v.                                25-CV-1208

Approximately $5,530 United States Currency,

                Defendant *in rem*.

———————————————————————

## VERIFIED COMPLAINT FOR FORFEITURE

The United States of America, by its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Mary Clare Kane, Assistant United States Attorney, of counsel, for its Verified Complaint herein alleges as follows:

## CAUSE OF ACTION

1.    This is an action *in rem* pursuant to Title 21, United States Code, Section 881(a)(6) for the forfeiture of approximately $5,530 United States currency (hereinafter the "Defendant Currency"), which was seized from Johnny B. Mays (hereinafter "MAYS") on or about June 9, 2025, in Jamestown, New York in the Western District of New York.

## JURISDICTION AND VENUE

2.    This Court has subject matter jurisdiction of this action commenced by the United States pursuant to Title 28, United States Code, Section 1345 and over an action for forfeiture pursuant to Title 28, United States Code, Section 1355(a).

1

3.      This Court has *in rem* jurisdiction pursuant to Title 28, United States Code, Sections 1355(b) because acts or omissions giving rise to the forfeiture occurred in the Western District of New York.

4.      Venue is properly premised in the Western District of New York pursuant to Title 28, United States Code, Section 1355(b), because the acts or omissions giving rise to forfeiture occurred in the Western District of New York.

## FACTUAL ALLEGATIONS

5.      The facts and circumstances supporting the forfeiture of the Defendant Currency are contained in the Affidavit of Task Force Officer Matthew D. Rhinehart, a copy of which is attached hereto as Exhibit 1 and incorporated as though fully set forth herein, and has been provided to the Court with an application that it remain under seal until further order of the Court.

## INITIATION OF CIVIL JUDICIAL ACTION

6.      On or about August 21, 2025, the DEA received a claim from MAYS, which halted the administrative forfeiture proceedings against the Defendant Currency and referred the case for judicial forfeiture proceedings.

## CONCLUSION AND REQUEST FOR RELIEF

7.      Based on all of the facts set forth in the Affidavit of Task Force Officer Matthew D. Rhinehart (Exhibit 1), the circumstances surrounding those facts, and the experience and

training of the law enforcement officers involved, there is reasonable belief that the Defendant Currency is: (A) moneys, negotiable instruments, securities, or other things of value that was furnished, or intended to be furnished, in the furtherance of controlled substances distribution, and/or constitutes proceeds traceable to controlled substances distribution and is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

**WHEREFORE**, the United States of America respectfully requests that:

(1)    an arrest warrant *in rem* be issued for the arrest of the Defendant Currency;

(2)    all persons having any interest therein be cited to appear herein and show cause why the forfeiture should not be decreed;

(3)    a judgment be entered declaring the Defendant Currency be condemned and forfeited to the United States of America for disposition in accordance with the law;

(4)    the costs of this suit be paid to and recovered by the United States of America; and

(5)    the Court grant such order and further relief as deemed just and proper.

Date:  November 18, 2025
       Buffalo, New York.

                                                 MICHAEL DIGIACOMO
                                                 United States Attorney
                                                 Western District of New York

BY:    *s/Mary Clare Kane*
                      MARY CLARE KANE
                      Assistant U.S. Attorney
                      United States Attorney's Office
                      Western District of New York
                      138 Delaware Avenue
                      Buffalo, New York 14202
                      (716) 843-5809
                      mary.kane@usdoj.gov

STATE OF NEW YORK )
COUNTY OF ERIE )    ss.:
CITY OF BUFFALO )

MATTHEW D. RHINEHART, being duly sworn, deposes and says:

I am a Task Force Officer with the Drug Enforcement Administration, Buffalo, N.Y., and I am familiar with the facts and circumstances surrounding the seizure of the sum of $5,530 in United States currency, seized from the person of Johnny Mays, on or about June 9, 2025. The facts alleged in the Verified Complaint for Forfeiture are true to the best of my knowledge and belief and based upon my personal knowledge and information furnished to me by officers and agents of the Drug Enforcement Administration and provided to officials of the United States Department of Justice.

*S/Matthew D. Rhinehart*
Matthew D. Rhinehart
Task Force Officer
Drug Enforcement Administration

Sworn to before me this 18th day of
November, 2025.

*s/Kathleen M. Rieman*
KATHLEEN M. RIEMAN
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01R149866756
My Commission Expires 9-23-2029